IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MARK A. WARD,                         )
                                      )
    Plaintiff,                        )
                                      )
    v.                                )       1:03CV1124
                                      )
KEYBANK NATIONAL ASSOCIATION,         )
                                      )
    Defendant.                        )

JUDGMENT

OSTEEN, District Judge

    For the reasons set forth in the memorandum opinion entered contemporaneously herewith,

    IT IS ORDERED that Plaintiff's Motion to Remand [8] is **DENIED** and Defendant's Motion for Leave to Amend Notice of Removal [10] is **GRANTED**.

    IT IS FURTHER ORDERED that Defendant's Motion to Dismiss [2] is **GRANTED**. Plaintiff's claim is dismissed with prejudice.

    This the 10th day of May 2005.

                                   /s/ William L. Osteen
                                   United States District Judge